**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  12-cr-00160-DME

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.  YARON SEGAL,**

    **Defendant.**

---

**INDICTMENT**
18 U.S.C. § 2423(b), (e), and (f)
18 U.S.C. § 2241(c)
18 U.S.C. § 2422(b)

---

The Grand Jury hereby charges that:

**COUNT ONE**

On or about March 28, 2012, in the State and District of Colorado and elsewhere, the defendant,

**YARON SEGAL,**

did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f)(1), with a person under 18 years of age that

1

would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States and attempted to do so.

All in violation of Title 18, United States Code, Section 2423(b), (e) and (f).

## COUNT TWO

On or about March 28, 2012, in the State and District of Colorado and elsewhere, the defendant,

**YARON SEGAL,**

did knowingly cross a State line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person who has not attained the age of 12 years and attempted to do so.

All in violation of Title 18, United States Code, Section 2241(c).

## COUNT THREE

From on or about between February 2, 2012 and March 28, 2012 in the State and District of Colorado and elsewhere, the defendant,

**YARON SEGAL,**

did knowingly use the mail and a facility and a means of interstate and foreign commerce to attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

1. The allegations contained in Count One, Count Two, and Count Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253 and 18 U.S.C. § 2428.

2. Upon conviction of any of the violations alleged in Count One and Count Three of this Indictment involving violations of 18 U.S.C. §§ 2423 and 2422, defendant **YARON SEGAL** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all of the defendant's right, title and interest in:

    a) any property, real or personal, constituting and derived from any proceeds obtained directly and indirectly as a result of such offense; and a) any property, real or personal, constituting and derived from any proceeds obtained directly and indirectly as a result of such offense; and

    b) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of any of the violations alleged in Count Two of this Indictment involving violations of 18 U.S.C. § 2241, defendant **YARON SEGAL** shall forfeit

to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

a) any visual depiction described in sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

d) The property subject to forfeiture, pursuant to 18 U.S.C. §§ 2253 and 2428,includes, but is not limited to items recovered from the defendant's person on March 28, 2012.

5. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

    e)    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b) and Title 18, United States Code, Section 981(b)(2), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

        A TRUE BILL

        <u>Ink signature on file in the Clerk's Office</u>
        FOREPERSON

JOHN F. WALSH
United States Attorney


s/ Lillian Alves
Lillian Alves
Special Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Lillian.Alves@usdoj.gov
Attorney for Government

s/ Michelle M. Heldmyer
MICHELLE M. HELDMYER
Assistant U.S. Attorney
205 N. 4th Street, Suite 400
Grand Junction, CO  81501
Telephone: (970) 241-3843
Fax:  (970) 248-3630

E-mail:  michelle.heldmyer@usdoj.gov
Attorney for Government