DEFENDANT: Yaron Segal

YOB:         1981

ADDRESS(City/State):    Boston, Massachusetts

COMPLAINT FILED?    ___X__ Yes     _____ No

If Yes, MAGISTRATE CASE NUMBER: 12-mj-00024-GJR

OFFENSES: **Count One:**
Travel with intent to engage in illicit sexual conduct
Title 18 U.S.C. § 2423 (b), (e) and (f)

**Count Two:**
Aggravated Sexual Abuse with Children
Title 18 U.S.C. § 2241(c)

**Count Three:**
Attempted Coercion and Enticement
Title 18 U.S.C. § 2422(b)

LOCATION OF OFFENSE:    Mesa County, Colorado

PENALTY: **Count One:**
NMT 30 years imprisonment; NMT $250,000 fine, or both such fine or imprisonment; 5 years up to life of supervised release; Special Assessment of $100.00.

**Count Two:**
NLT 30 years imprisonment or for life; NMT $250,000 fine, or both such fine or imprisonment; 5 years up to life of supervised release; Special Assessment of $100.00.

### Count Three:

NLT 10 years, NMT life imprisonment, NMT $250,000 fine or both; supervised release of NLT 5 years NMT life; $100 special assessment fee.

Forfeiture as alleged in the indictment.

AGENT:          SA Vanessa Hipps, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI)

AUTHORIZED BY:  Lillian Alves
                Special Assistant U.S. Attorney

                Michelle M. Heldmyer
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 x   five days or less

THE GOVERNMENT

___ will not seek detention in this case        X   will seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:    No