# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00160-DME

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.    YARON SEGAL,**

    **Defendant.**

---

## MOTION TO DISMISS INDICTMENT

---

The United States of America, John F. Walsh, United States Attorney for the District of Colorado, by and through the undersigned Assistant United States Attorney, hereby moves the Court to dismiss the above-captioned Indictment. As grounds, the United States informs the Court that the defendant died on Friday, April 13, 2012. No other defendants are involved in the above-styled cause.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    By:  s/ Michelle M. Heldmyer
    MICHELLE M. HELDMYER
    Assistant United States Attorney
    205 N 4th Street, Suite 400
    Grand Junction, Colorado 81501
    Telephone: (970) 241-3483
    Facsimile: (970) 248-3630
    E-mail: michelle.heldmyer@usdoj.gov
    Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2012, I electronically filed the foregoing **MOTION TO DISMISS INDICTMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard K. Kornfeld
rick@rechtkornfeld.com


s/ Cosandra Foster
COSANDRA FOSTER
Legal Assistant
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Phone: (970) 241-3843
Fax: (970) 248-3630
E-mail: cosandra.foster@usdoj.gov