## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No. 12-cr-00160-DME**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**1.    YARON SEGAL,**

        **Defendant.**

---

## ORDER

---

      Upon consideration of the Motion of the United States to dismiss the Indictment in this case, the Court, having considered same, finds good grounds to grant the motion.

      WHEREFORE, the Indictment is hereby DISMISSED.

So Ordered this _____ day of April, 2012 at Denver, Colorado.

                                              DAVID M. EBEL
                                              UNITED STATES DISTRICT JUDGE
                                              DISTRICT OF COLORADO