# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 12-cr-00160-DME**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.   YARON SEGAL,**

    **Defendant.**

---

## ORDER

---

Upon consideration of the Motion of the United States to dismiss the Indictment in this case, the Court, having considered same, finds good grounds to grant the motion.

WHEREFORE, the Indictment is hereby DISMISSED.

So Ordered this  17th  day of April, 2012 at Denver, Colorado.

*s/ David M. Ebel*

DAVID M. EBEL
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO